**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 25-2491**

---

AMER RIZVI,

        Plaintiff - Appellant,

    v.

LOUDOUN COUNTY SCHOOL BOARD,

        Defendant - Appellee.

---

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  Michael Stefan Nachmanoff, District Judge.  (1:25-cv-00307-MSN-IDD)

---

Submitted:  July 23, 2026                          Decided:  August 4, 2026

---

Before WYNN and HARRIS, Circuit Judges, and FLOYD, Senior Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

Amer Rizvi, Appellant Pro Se.   Heather Kathleen Bardot, MCGAVIN, BOYCE, BARDOT, THORSEN & KATZ, P.C., Fairfax, Virginia, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Amer Rizvi appeals the district court's order granting Defendant's motion to dismiss Rizvi's complaint raising multiple claims under Title VII of the Civil Rights Act of 1964, 42 U.S.C. §§ 2000e to 2000e-17; the Age Discrimination in Employment Act, 29 U.S.C. §§ 621 to 634; and 42 U.S.C. § 1981.[*] We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *Rizvi v. Loudoun Cnty. Sch. Bd.*, No. 1:25-cv-00307-MSN-IDD (E.D. Va. filed Dec. 5, 2025 & entered Dec. 8, 2025). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*

---

[*] Rizvi has filed a motion to file a supplemental brief, which—given our previous order striking Rizvi's serial filings in this court—we deny.